___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 1 3 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

08-CV-00009-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAMION NATHANIAL BROMFIELD,

    Petitioner,

    v.

MICHAEL B. MUKASEY, Attorney General,

    Respondent.

CASE NO. C08-09-JLR-JPD

ORDER GRANTING HABEAS PETITION

The Court, having reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)     The Court adopts the Report and Recommendation;

(2)     The Petition for Writ of Habeas Corpus (Dkt. 17) is GRANTED;

(3)     This matter is REMANDED to the Board of Immigration Appeals to decide the merits of petitioner's appeal of the Immigration Judge's March 12, 2007, bond order pursuant to 8 C.F.R. § 1003.38; and

(4)     The Clerk shall send a copy of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 13th day of March, 2008.

JAMES L. ROBART
United States District Judge

ORDER GRANTING HABEAS PETITION
PAGE -1